# EXHIBIT B

| Attorney or Party without Attorney: <br> Rachel L. Jensen, Esq., Bar #211456 <br> Robbins Geller Rudman & Dowd LLP <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 <br> Telephone No: 619-231-1058   FAX No: 619-231-7423 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff  Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Middle District Of Florida

Plaintiff: Tarla Makaeff, et al.
Defendant: Trump University, LLC, et al.

| **AFFIDAVIT OF SERVICE** | Hearing Date: <br> Mon, Jul. 22, 2013 | Time: <br> 9:00AM | Dept/Div: | Case Number: <br> 10CV0940GPC(WVG) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Testify at a Deposition in a Civil Action; Attachment A

3. a. Party served:        Gerald Martin
   b. Person served:      Gerald Martin, Personally

4. Address where the party was served:   565 Lake Bingham Road
                                          Lake Mary, Fl 32746

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 17, 2013 (2) at: 8:35AM
   b. I received this subpoena for service on:   Friday, July 05, 2013

6. Witness fees were offered or demanded, and paid:   $61.00

7. Person Who Served Papers:
   a. Brock Jansen
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service
   I Declare under penalty of perjury under the laws of the State of FLORIDA that the foregoing is true and correct.

   7/24/13
   (Date)           (Signature)

8. STATE OF FLORIDA, COUNTY OF Florida
   Subscribed and sworn to (or affirmed) before me on this 24th day of July_____ by Brock Jansen
   proved to me on the basis of satisfactory evidence to be the person who appeared before me.
                                          AFFIDAVIT OF SERVICE         (Notary Signature)          rajen.136381



DESIREE GARCIA
MY COMMISSION # FF 027074
EXPIRES: June 13, 2017
Bonded Thru Budget Notary Services