UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| IN RE SUBPOENA *DUCES TECUM* TO GERALD MARTIN | MISC. CASE NO. 6:13-MC-102-ORL-37KRS |
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRUMP UNIVERSITY, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO. 10-CV-0940GPC(WVG) (S.D. Cal.)<br><br>MOTION FOR SPECIAL ADMISSION OF RACHEL L. JENSEN AND WRITTEN DESIGNATION AND CONSENT TO ACT |

886514_1

Rachel L. Jensen, a member of the law firm of Robbins Geller Rudman & Dowd LLP, moves under Local Rule 2.02(a) of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Movants John Brown, J.R. Everett, Sonny Low, Tarla Makaeff, and Ed Oberkrom ("Movants").  She hereby states as follows:

1. Ms. Jensen is not a resident of the State of Florida.  She is a resident of the State of California and she practices law from an office located in San Diego.

2. Ms. Jensen is, and has been, a member in good standing of the California bar since December 8, 2000 (Bar No. 211456).  She is also a member in good standing of the United States District Court for the Southern District of California, United States District Court for the Northern District of California, United States District Court for the Central District of California, United States District Court for the Eastern District of California, United States District Court for the Northern District of Illinois, United States Court of Appeals for the Eighth Circuit, and United States Court of Appeals for the Ninth Circuit.

3. Ms. Jensen has never previously requested special admission in this Court and does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

4. Ms. Jensen has never been subject to professional discipline as an attorney by any professional body or any court of the United States or any state, territory, or possession.

5. Mark Dearman (Fla. Bar No. 982407) and Stuart A. Davidson (Fla. Bar No. 84824) of the law firm of Robbins Geller Rudman & Dowd LLP, members in good standing of the bars of the State of Florida and of this Court, consent to act and accept designation as

local counsel for Movants in this matter. All notices given or required to be given in this case and all papers may be given to and served on Movants at the following email and mailing addresses:

> Mark Dearman (Fla. Bar No. 982407)
> mdearman@rgrdlaw.com
> Stuart A. Davidson (Fla. Bar No. 84824)
> sdavidson@rgrdlaw.com
> Robbins Geller Rudman & Dowd LLP
> 120 E. Palmetto Park Road, Suite 500
> Boca Raton, Florida 33432
> Telephone: (561) 750-3000
> Facsimile: (561) 750-3364

6.      Ms. Jensen has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Rachel L. Jensen respectfully requests entry of an order granting her request for special admission to appear on behalf of Movants in this matter.

DATED:  October 25, 2013         ROBBINS GELLER RUDMAN
                                   & DOWD LLP
                                 MARK DEARMAN
                                 Florida Bar No. 982407


                                        s/ Mark Dearman
                                 MARK DEARMAN

                                 120 East Palmetto Park Road, Suite 500
                                 Boca Raton, FL  33432
                                 Telephone:  561/750-3000
                                 561/750-3364 (fax)

- 2 -

886514_1

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        JASON A. FORGE
        RACHEL L. JENSEN
        THOMAS R. MERRICK
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        ZELDES HAEGGQUIST & ECK, LLP
        AMBER L. ECK
        HELEN I. ZELDES
        ALREEN HAEGGQUIST
        AARON M. OLSEN
        625 Broadway, Suite 1000
        San Diego, CA 92101
        Telephone: 619/342-8000
        619/342-7878 (fax)

Attorneys for Movants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all counsel of record.

               s/ MARK DEARMAN