**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TARLA MAKAEFF, JOHN BROWN, J.R.
EVERETT, SONNY LOW and ED
OBERKROM,

        Plaintiffs,

v.                                         Case No:  6:13-cv-1679-Orl-37DAB

TRUMP UNIVERSITY, LLC,

        Defendant.

## ORDER OF TRANSFER

The magistrate judge assignment in this case is hereby transferred to the Hon. Magistrate Judge Karla R. Spaulding, with her consent, for consideration with related Case No. 6:13-mc-102-Orl-37KRS.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on this 29th day of October, 2013.

                                                               *David A. Baker*
                                                            DAVID A. BAKER
                                                  UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record