**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SUBPOENA *DUCES TECUM* AND**
***AD TESTIFICANDUM* TO GERALD MARTIN**

_____

**TARLA MAKAEFF, et al., on behalf of**
**themselves and all others similarly situated,,**

             **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:13-cv-1679-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, et al.,**

             **Defendants.**

_____

**ORDER**
**(And Amended Conditional Notice of Hearing)**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　***UNOPPOSED* MOTION TO MODIFY COURT'S**
> 　　　　　　　　**OCTOBER 29, 2013 ORDER (Doc. No. 13)**
>
> **FILED:**　　　**October 29, 2013**

On October 29, 2013, the Court granted in part and denied in part Movants' Motion to Compel Compliance with Subpoena *Duces Tecum* and *Ad Testificandum*, and Request for Order to Show Cause Why Non-Party Gerald Martin Should Not Be Held in Contempt.  The Court ordered Mr. Martin to appear for his deposition and produce the documents called for in the subpoena *duces tecum* previously issued to him on November 4, 2013 at 9:00 a.m.  The Court further

ordered that, should Mr. Martin fail to appear for his deposition, he must appear before the undersigned at 1:30 p.m. on November 4, 2013 to show cause why he should not be held in contempt of Court. Doc. No. 8.

Mr. Martin now files an unopposed motion to modify the Court's October 29 Order. Doc. No. 13. Mr. Martin requests that the Court change the date of his appearance for his deposition to November 5, 2013 and that the Court change the conditional hearing date to November 5, 2013. The Court construes Mr. Martin's motion as his agreement to appear on November 5, 2013 for his deposition.[1] Accordingly, Mr. Martin's motion is **GRANTED**.

It is **ORDERED** that Mr. Martin and his counsel shall appear for his deposition and produce documents called for in the subpoena *duces tecum* previously issued to him on **Tuesday, November 5, 2013, at 9:00 a.m.** at Luks, Santaniello, Petrillo & Jones, 255 S. Orange Avenue, Suite 750, Orlando, Florida 32801. Should Mr. Martin fail to attend this deposition[2], it is further **ORDERED** that he shall appear before the undersigned at **1:30 p.m. on Tuesday, November 5, 2013** in Courtroom #5D, United States District Court, Middle District of Florida, 401 West Central Boulevard, Orlando, Florida to show cause why he should not be held in contempt of Court. It is **FURTHER ORDERED** that counsel for Mr. Martin shall promptly provide him with a copy of this Order. All other provisions of the Court's October 29 Order (Doc. No. 8) remain in effect.

---

[1] Should Mr. Martin fail to appear for his deposition, the Court will not look kindly on such failure at any show cause hearing.

[2] Counsel for Movants shall promptly notify my chambers at (407) 835-4320 if Mr. Martin does not appear for the deposition.

The Court also notes that, after the Court issued its Order on Movants' Motion to Compel Compliance with Subpoena *Duces Tecum* and *Ad Testificandum*, and Request for Order to Show Cause Why Non-Party Gerald Martin Should Not Be Held in Contempt in Case No. 6:13-mc-102-Orl-37KRS, the Clerk of Court terminated Case No. 6:13-mc-102-Orl-37KRS in accordance with its standard procedures and assigned Case No. 6:13-cv-1679-Orl-37KRS to this case. Accordingly, it is **ORDERED** that all further filings in this matter shall be made in Case No. 6:13-cv-1679-Orl-37KRS.  No further filings should be made in Case No. 6:13-mc-102-Orl-37KRS.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE