**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TARLA MAKAEFF, et al,**

     Plaintiffs,

v.                                       **Case No. 6:13-cv-1679-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, et al,**

     Defendants.

_____/

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track  One  Case.  **Filing party (who instituted suit in this Court) is responsible for serving a copy of this notice upon all other parties**.  However, <u>all</u> parties shall meet the requirements established in Local Rule 3.05 for cases designated on this track.

                                  **SHERYL L. LOESCH, CLERK**

                                By: _/s/ Virginia Flick_
                                          Deputy Clerk

Date:  November 5, 2013

*Distribution:*    *- Copy to filing party:  -- habeas petitioner, bankruptcy appellant(s),*
                                  ***or** removing defendant(s)*