IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |  |
|---|---|---|
| IN RE SUBPOENA *DUCES TECUM* AND *AD TESTIFICANDUM* TO GERALD MARTIN | ) ) ) |  |
|  | ) |  |
| TARLA MAKAEFF, et al., on Behalf of Themselves and All Other Similarly Situated, | ) ) ) | CASE NO. 13-cv-01679 |
|  | ) |  |
| Plaintiffs, | ) ) |  |
| vs. | ) ) |  |
| TRUMP UNIVERSITY, LLC, et al., | ) ) |  |
| Defendants. | ) ) |  |
|  | ) ) ) ) |  |

## MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jill A. Martin of The Trump Organization, c/o Trump National Golf Club Los Angeles, One Trump National Dr., Rancho Palos Verdes, CA 90275, telephone 310-303-3225, for purposes of appearing as co-counsel in the above-styled case only, and under Rule II. A. 6 of the CM/ECF Administrative Procedures, to permit Jill A. Martin to receive electronic filings in this case, and in support thereof, states:

1. Jill A. Martin is not admitted to practice in the Middle District of Florida. Ms. Martin is a member in good standing of the California Bar; is admitted to practice before the United States Court of Appeals for the Ninth Circuit, and the United States District Courts for

the Southern District of California, the Central District of California, and the Northern District of California.

2.      Movant, Herman J. Russomanno III, of the Law Firm Russomanno & Borrello, P.A., Museum Tower - Penthouse 2800, 150 West Flagler Street, Miami, Florida 33130, phone 305-373-2101, is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  See Section II. A. 6 of the CM/ECF Administrative Procedures.

5.      In accordance with the local rules of this Court, Jill A. Martin is making payment of this Court's admission fee.  A certificate in accordance with Rule 2.02 is attached hereto.

6.      Jill A. Martin, by and through designated counsel and under Section II. A. 6 CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings at the following e-mail address: jmartin@trumpnational.com.

WHEREFORE, Herman J. Russomanno III moves this Court to enter an Order allowing Jill A. Martin to appear before this Court on behalf of Defendants Trump University, LLC and Donald J. Trump and third-party witness Gerald Martin for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Jill A. Martin.

Dated: November 7, 2013     Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By:    /s/  Herman J. Russomanno III
       Herman J. Russomanno (Fla. Bar No. 240346)
       hrussomanno@russomanno.com
       Herman J. Russomanno III (Fla. Bar No. 21249)
       herman2@russomanno.com

*Attorneys for Defendants and Third Party Witness Gerald Martin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2013, a true and correct copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/  Herman J. Russomanno III

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION

## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order.  This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

IN RE SUBPOENA *DUCES TECUM*
AND *AD TESTIFICANDUM* TO
GERALD MARTIN

TARLA MAKAEFF, et al., on Behalf of Themselves and All Other Similarly Situated,

_____,

Plaintiff(s)/Petitioner(s),

v.                                                             CASE NO: 6:13-mc-102-Orl-37KRS

TRUMP UNIVERSITY, LLC, et al.,

_____,

Defendant(s)/Respondent(s)

I, Jill A. Martin (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of
TRUMP UNIVERSITY, LLC, DONALD J. TRUMP, AND THIRD-PARTY WITNESS
GERALD MARTIN (party represented).

## ATTORNEY INFORMATION

Firm Name:  c/o Trump National Golf Club Los Angeles

Address:

One Trump National Dr.

City: Rancho Palos Verdes State: CA Zip: 90275

Firm/Business Phone: 310-303-3225 Alternate Phone:_____-_____-_____.

Firm/Business Fax: 310-265-5522

E-mail Address: jmartin@trumpnational.com

PHV Attorney Certification/Revised 06/24/04                                                    Page 1 of 2

**ATTORNEY CERTIFICATION**

I certify that:

1.    To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.  **NOTE:** If proceedings ARE pending at this time, please explain on the reverse side of this form.
2.    I am not a resident of the State of Florida.
3.    I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4.    Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____          10/29/13
Signature                                                                        Date

**CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)**

To obtain a login and password necessary to participate in the Middle District of Florida=s Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

**ATTORNEY SPECIAL ADMISSION FEE**

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2.090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $10.00 per case.  The special admission fee is due with this attorney certification.  Payment should be in U.S. currency and checks must be drawn on a U.S. bank.  Please make checks payable to AClerk, U.S. District Court.@

Providing the Court with an attorney certification form and the $10.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.