**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: SUBPOENA** *DUCES TECUM* **AND** *AD TESTIFICANDUM* **TO GERALD MARTIN**

_____

**TARLA MAKAEFF, et al., on behalf of themselves and all others similarly situated,**

            **Plaintiffs,**

**-vs-**                            **Case No.  6:13-cv-1679-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, et al.,**

            **Defendants.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING (Doc. No. 17)**
>
> **FILED:** November 7, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Jill A. Martin, Esq.,  may specially appear in this case as counsel for Defendants Trump University, LLC and Donald J. Trump and for third-party witness Gerald Martin with Herman J. Russomanno III, Esq.,  serving as local counsel.  Attorney Martin shall immediately begin using the

CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorney Martin. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on November 7, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE