# EXHIBIT 1

**Robbins Geller Rudman & Dowd, LLP ("RGRD")**

**Excerpts from Attorney Timesheets[1]**

| Name | Date | Description | Partial Number of Hours Worked | Reduced Hourly Rate | Total Fees Requested |
|---|---|---|---|---|---|
| Rachel Jensen | 10/21/13 | Research re: non-appearance at depositions.  Draft letter to defense counsel re: same.  Correspond with Boca attorneys re: possible motion to compel Martin deposition. | .5 | $350 | $175 |
| Rachel Jensen | 10/22/13 | Draft and revise motion to compel Martin deposition and order to show cause.  Research and draft memorandum in support.  Research issues re non-appearance at depositions and service of subpoena.  Draft and revise declaration in support thereof.  Correspond and teleconference with Boca attorneys, team and co-counsel re same. | 4.5 | $350 | $1,575 |
| Mark Dearman | 10/22/13 | Legal research re: emergency motions to compel in districts outside of where the action is pending.  Review/edit proposed motion to compel re: Martin deposition. | 1.5 | $350 | $525 |
| Mark Dearman | 10/23/13 | Continue research re: motion to compel non-party to testify at deposition.  Continue to edit motion to compel and finalize motion and memorandum of law. | 3 | $350 | $1,050 |
| Mark Dearman | 10/25/13 | Call courtroom deputy re: expedited proceedings.  Receipt and review order setting briefing schedule on motion to compel.  Review, edit, and filed supplemental filing per Court order of same date.  Telephone conference with process server re: specific service requirements. | .5 | $350 | $175 |
| | | **FEES REQUESTED FOR A PORTION OF RGRD'S TIME:** | 10 | $350 | $3,500 |

---

[1]  The information contained in this exhibit is excerpted from the contemporaneous time records of RGRD.  This chart reflects the voluntarily-reduced number of hours and hourly rate for which Plaintiffs seek reimbursement for RGRD from this Court through this motion, even though RGRD attorneys actually worked additional hours and customarily bill at a higher hourly rate.  Plaintiffs reserve their rights to seek the balance of their additional attorneys' fees and any costs at a later time.