# EXHIBIT A

Robbins Geller Rudman & Dowd LLP's Time and Expenses
for Martin Motion to Compel

*Makaeff, et al. v. Trump University, LLC, et al.*
No. 10-CV-00940-CAB (WVG)

| Firm | Fees for Attorney Time | Expenses | Total |
|---|---|---|---|
| Zeldes Haeggquist & Eck | $12,825.00 | $1,209.32 | $14,034.32 |
| Robbins Geller Rudman & Dowd LLP | $12,876.25 | $10.50 | $12,886.75 |
| TOTAL | | | $26,921.07 |

888989_1