# EXHIBIT B

**Jill Martin**

**From:** Amber Eck <ambere@zhlaw.com>
**Sent:** Tuesday, December 3, 2013 4:20 PM
**To:** Jill Martin
**Cc:** Rachel Jensen
**Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin
**Attachments:** Timesheet ZHE RGRD & Costs.pdf; Pltfs Receipts re Martin Depo.pdf

Jill,

Per your request, attached is a draft summary of the timesheets and expense receipts that we intend to submit to the court, although we may revise it slightly. Total is $16,150 in fees and $1,209.92 in expenses.

Also, in regard to whether we are seeking reimbursement of fees and expenses from Gerald Martin and/or his counsel, we are currently researching this issue further, but at this point are inclined to seek fees from either Gerald Martin and/or his counsel, at the Court's discretion.

Look forward to finishing our meet and confer conference tomorrow morning at 10:30 a.m.

Amber

---

**From:** Amber Eck
**Sent:** Tuesday, November 26, 2013 12:04 PM
**To:** Jill Martin (jmartin@trumpnational.com)
**Cc:** 'Rachel Jensen'
**Subject:** Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Jill,

Just left you a voicemail message. In the Florida Court's 11-15-13 order regarding our motion for fees and costs relating to the Gerald Martin deposition, the Court ordered us to conduct a further "meet and confer" with you by phone or in-person before filing our renewed motion for attorneys' fees.

As you are aware, our motion seeks $14,250 in fees and $1,209.32 in costs in regard to the Martin deposition. Please give me a call today or tomorrow, so we can discuss whether you are willing to pay this amount (or not), or the amount you would be willing to pay, if any. Thank you, and look forward to hearing from you.

Amber




*Please note our new firm name and address:*
**Amber L. Eck, Partner**
**Zeldes Haeggquist & Eck, LLP**

625 Broadway, Ste 1000, San Diego, CA 92101
Ph: (619) 342-8000 Fax: (619) 342-7878
www.zhlaw.com

**Timesheet**[1]

**Zeldes, Haeggquist & Eck, LLP**

| Name | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Amber Eck | 10/22/13 | Travel to deposition for Gerald Martin | 8 | $475 | $3,800 |
| Amber Eck | 10/23/13 | Attend deposition of Gerald Martin; make record of non-appearance | 1 | $475 | $ 475 |
| Amber Eck | 10/25/13 | Return travel from deposition of Gerald Martin | 8 | $475 | $3,800 |
| Amber Eck | 11/6/13 | Prepare motion for attorneys fees and costs and supporting declarations | 3 | $475 | $1,425 |
| Amber Eck | 11/26/13 | Research for and prepare revised renewed motion for attorneys fees and costs and supporting declarations and exhibits | 4 | $475 | $1,900 |
| | | **TOTAL:** | 24 | $475 | $11,400 |

**Timesheet**

**Robbins, Geller, Rudman & Dowd**

| Name | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Rachel Jensen | 10/22/13 | Research for and prepare motion to compel non-party Gerald Martin to testify at deposition | 5 | $475 | $2,375 |
| Mark Dearman | 10/22/13 | Research for and prepare motion to compel non-party Gerald Martin to testify at deposition | 5 | $475 | $2,375 |
| | | **TOTAL:** | 10 | $475 | $4,750 |

**Costs**

| Name | Date | Description | Cost |
|---|---|---|---|
| Amber Eck | 10/22/13 | Roundtrip Airfare via U.S. Air | $563.60 |
| Amber Eck | 10/22/13 | Cab to and from airport in San Diego | $40 |
| Amber Eck | 10/22/13 | Hotel – Marriott | $236.95 |
| Amber Eck | 10/22/13 | Rental Car | $102.40 |
| Amber Eck | 10/23/13 | Parking at deposition | $12 |
| Amber Eck | 10/23/13 | Court Reporter for deposition, Orlando | $190 |
| Amber Eck | 10/23/13 | Meal | $18.97 |
| Amber Eck | 10/23/13 | Filing fee for motion to compel | $46.00 |
| | | **TOTAL:** | $1,209.92 |

[1] This time chart reflects the number of hours and hourly rate that Plaintiffs are seeking reimbursement for in this motion, even though Plaintiffs actually worked additional hours and customarily bill at a higher hourly rate. Plaintiffs expressly do not waive our right to recover the additional time and fees we incurred at our usual hourly rate at a later time.

# INVOICE

Aptus Court Reporting
600 West Broadway
Suite 300
San Diego CA 92101
Phone:(619) 546-9151 Fax:(619) 546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1007546 | 10/30/2013 | 10008138 |
| **Job Date** | **Case No.** | |
| 10/23/2013 | 3:10-CV-00940-CAB | |
| **Case Name** | | |
| Tarla Makaeff, et al. v. Trump University, LLC., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rachel L. Jensen
Robbins Geller Rudman & Dowd LLP -San Diego
655 W. Broadway
Suite 1900
San Diego CA 92101

Non-Appearance of Gerald Martin

| | | | | |
|---|---|---|---|---|
| Late Cancellation | | | 165.00 | 165.00 |
| Wait time | 0.50 Hours | @ | 50.00 | 25.00 |
| | **TOTAL DUE >>>** | | | **$190.00** |

****Scheduled deposition was set to take place in Orlando, FL****

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC. Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING CHASE BANK ACCOUNT 825514128
WIRE PYT RTE # 021000021 ACH PYMT RTE # 322271627

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **190.00** |

**Tax ID:** 27-4460942

Phone: (619) 231-1058 Fax:(619) 231-7423

*Please detach bottom portion and return with payment.*

Rachel L. Jensen
Robbins Geller Rudman & Dowd LLP -San Diego
655 W. Broadway
Suite 1900
San Diego CA 92101

Job No. : 10008138 BU ID : AptusSD
Case No. : 3:10-CV-00940-CAB
Case Name : Tarla Makaeff, et al. v. Trump University, LLC., et al.
Invoice No. : 1007546 Invoice Date : 10/30/2013
**Total Due : $190.00**

Remit To: **Aptus Court Reporting**
**600 West Broadway**
**Suite 300**
**San Diego CA 92101**

**PAYMENT WITH CREDIT CARD**

AMEX VISA

Cardholder's Name: __________
Card Number: __________
Exp. Date: ______ Phone#: ______
Billing Address: __________
Zip: ______ Card Security Code: ______
Amount to Charge: __________
Cardholder's Signature:

Trump Filing fee - Mtn to Compel Makaeff Depo

FLMD CLERK US DISTRICT C
401 W CENTRAL BLVD STE 2
ORLANDO, FL 32801
(407) 835-5804

SALE

MID: 000012071662
TID: 002 REF#: 00000001
Bank ID: 1340
Batch #: 296001
10/23/13 12:30:46
Invoice #: 1
APPR CODE: 943982
VISA Swiped
************1165 **/**

AMOUNT $46.00

APPROVED

CUSTOMER COPY

Court Name: Florida Middle District
Division: 6
Receipt Number: ORL029105
Cashier ID: jvickers
Transaction Date: 10/23/2013
Payer Name: MAKAEFF v TRUMP UNIVERSITY

MISCELLANEOUS PAPERS
For: MAKAEFF v TRUMP UNIVERSITY
Case/Party: D-FLM-6-13-MC-000102-001
Amount: $46.00

CREDIT CARD
Amt Tendered: $46.00

Total Due: $46.00
Total Tendered: $46.00
Change Amt: $0.00

Only when bank clears the check, money order, or verify credit of funds is the fee or debt officially paid or discharged. A NSF fee will be charged for a returned check.

Standard Parking
201 South Orange Suite 201
Orlando, FL 32801

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | Viola ID #222 |
| Transaction Number: | 37847 |
| Entered: | 10/23/13 08:44 |
| Exited: | 10/23/13 12:05 |
| Rate: | Signature Plaza |
| Total Fee: | **$12.00** |
| Cash: | $12.00 |

Thank you
407 423 7275




5925 Avenida Vista
Orlando, FL 32821
(407) 238-7676
Marriott.com/mcogv

GUEST FOLIO

| Room | Name | Rate | Depart | Time | Acct# |
|---|---|---|---|---|---|
| 4227 | ECK/AMBER | 107.20 | 10/24/13 | 10:00 | 21780 |

| Type | Name | | Arrive | Time |
|---|---|---|---|---|
| 2GNG | ZELDES HAEGGQUIST & | 8 | 10/22/13 | 17:39 |

98

Room Clerk — Address — Payment — MRW#: XXXXX3417

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 10/22 | THE GRIL | 54124227 | 32.69 | | |
| 10/22 | GNDE VAL | MAX $30 | | 30.00 | AD |
| 10/22 | ROOM | 4227, 1 | 107.20 | | |
| 10/22 | ROOM TAX | 4227, 1 | 9.65 | | |
| 10/23 | THE GRIL | 55164227 | 30.56 | | |
| 10/23 | ROOM | 4227, 1 | 107.20 | | |
| 10/23 | ROOM TAX | 4227, 1 | 9.65 | | |
| 10/23 | GNDE VAL | MAX$30 | | 30.00 | AD |
| 10/24 | VS CARD | | | $236.95 | |

PAYMENT RECEIVED BY: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT'S GRANDE VISTA RESORT!
TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK.

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
AMBERECK@COX.NET
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM




Thank you for staying with Marriott! Your Marriott Rewards points / miles earned for this stay will be credited to your account and will appear on your next statement. For account activity: 801-468-4000 or www.Marriott.com.

Trup Martin appo

Pers, Car

Amura Japanese Restaurant - Downtown
54 W. Church St
Orlando, FL 32801
ph 407-316-8500

Thank You for Visiting
TABLE: Sushi 707 - 1 Guest
Your Server was Daniel
10/23/2013 11:50:49 AM
Sequence #: 0000010
ID #: 0094749

| ITEM | QTY | PRICE |
| --- | --- | --- |
| Ninja Crispy Tuna | 1 | $14.99 |
| Subtotal | | $14.99 |
| Total Taxes | | $0.98 |
| Grand Total | | $15.97 |
| Amount Due: | | $15.97 |

Credit Purchase

| | |
| --- | --- |
| Name | :ECK/AMBER L |
| CC Type | :MasterCard |
| CC Num | :XXXX XXXX XXXX 7054 |
| Reference | :AU|577|2 |
| Approval | :04490P |
| Server | :Daniel |
| Ticket Name | Sushi 707 |

Payment Amount: $15.97

Tip: 300

Total: 18.97

x [signature]

CUSTOMER COPY

I agree to pay the amount shown above.

Please Come Back!




RA 428030749 Bill 40033883005
Rental 22-OCT-2013 05:02 PM
ORLANDO INTL ARPT
Return 25-OCT-2013 06:18 AM
ORLANDO INTL ARPT

AMBER DUBY
Vehicle # D1248262
Model IMPALA
Class Driven FCAR Class Charged SCAR
License# U381PR State/Province FL
M/Kms Driven 226
M/Kms Out 9649
M/Kms In 9875

| Charges | No Unit | Price | Amount |
| --- | --- | --- | --- |
| T & M | 3 Days | 23.61 | 70.83* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| Freq Trav | 0 | | 2.25 |
| CUSTOMER FACILITY CHARGE | | | 7.50* |
| PRIV FEE RECOV CHG | | | 7.52* |
| FLORIDA SURCHARGE | | | 6.00* |
| TIRE/BATTERY FEE | | | 0.06* |
| VEHICLE LICENSE FEE | | | 2.13* |
| SALES TAX @6.500 % | | | 6.11 |

Total Charges USD 102.40

Paid By Visa 1165 -102.40

Amount Due USD -0.00

* Taxable Items
Subject to Audit
Frequent Flyer ******1764 Credit to US AIRWAYS DIVIDEND MILES
Customer Service Number 1-800-445-5664

**From:** reservations@email-usairways.com
**To:** ambereck@cox.net
**Subject:** Your US Airways flight
**Date:** Thursday, October 10, 2013 9:10:55 AM

# US Airways - Your Reservation

## You're confirmed

Scan at any US Airways kiosk to check in

Date issued: Thursday, October 10, 2013

## Confirmation code:

FL52PG US Airways

## Need a car?

Get your wheels in Orlando, FL

Reserve your car now and earn Dividend Miles with Alamo and National.

## Hotels in Orlando, FL

Get a room in Orlando, FL
You're sure to get the best rates here.

## Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Amber Lee Eck | 04475281764 (US) | 03723314909694 | |

Day of departure phone: (619) 247-6277 Email for receipt: ambereck@cox.net

## Trip details

Download to Outlook

Depart: San Diego, CA (SAN) Orlando, FL (MCO)

**Date:** Tuesday, October 22, 2013

**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 567 | 06:30 AM SAN | 04:14 PM MCO | 6h 44m | -- | A321 | Coach | 19E |

Flight # 567 : Stops in PHX: No plane change required

Return: Orlando, FL (MCO) San Diego, CA (SAN)

**Date:** Friday, October 25, 2013

**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 433 | 07:30 AM MCO | 09:12 AM PHX | 4h 42m | MarketPlace™ | A320 | Coach | 24F |
| Stop: Change plane in Phoenix, AZ (PHX) | | | | | | | |
| 623 | 10:15 AM PHX | 11:31 AM SAN | 1h 16m | -- | A321 | Coach | 32E |

## Total travel cost (1 passengers)

| Your fare (Non-refundable) | Adult |
|---|---|
| SAN to MCO (TXA0NJ6) | $183.26 |
| MCO to SAN (LXA0NJ4) | $306.98 |
| Taxes and fees | $73.36 |
| Subtotal | $563.60 |
| Number of passengers | x 1 |
| Total by passenger type | $563.60 |
| **Total fare** (All passengers) | **$563.60** |

Charged to Alreen Haeggquist
************8732 (Visa)

You paid $563.60

## Helpful links

**Travel tools and tips**

Airport information
US Airways Club
Airport security
Seated in an exit row?

**Trip information**

Manage your reservation
Change your seats
Join Dividend Miles
Baggage policies

About Gogo Wi-Fi TSA regulations Buy Gogo Wi-Fi

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | | |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | | |
| Transatlantic | | |
| Transpacific / Brazil (except Hawaii) | | |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**

- Gold, Platinum and Chairman's Preferred members
- Star Alliance Gold status members

**1st and 2nd checked bag fees waived**

- (Overweight / oversize fees still apply)
- Confirmed First Class and Envoy passengers
- Active U.S. military with ID on personal travel
- Active U.S. military with ID and dependents traveling with them on orders
- Unaccompanied minors (with US Airways unaccompanied minor paid assistance)

**1st checked bag fees waived**

- (Overweight / oversize fees still apply)
- Silver Preferred members
- Star Alliance Silver status members

**Other guidelines:**

- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling internationally with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

## Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be cancelled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- You can cancel your reservation for a full refund within 24 hours if you booked 7 days or more prior to scheduled departure. To get a refund, you must call 800-428-4322 or 800-245-2966 (TTY).
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.





We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.



**Fare Receipt** Date 10/22/13

Passenger: Amber Eck 10/25/13

The sum of $ $20 - hm office to Airport

From $ 20 - Airport to hm office

To

Cab No. Driver

7/11/12 REV


Thank You for using
YELLOW
RADIO SERVICE
(619) (858) (760)
444-4444
Driveu.com
MTSTA 000002