# EXHIBIT C

## Jill Martin

| | |
|---|---|
| **From:** | Amber Eck <ambere@zhlaw.com> |
| **Sent:** | Wednesday, December 11, 2013 3:52 PM |
| **To:** | Jill Martin |
| **Cc:** | Rachel Jensen; David K. Schneider (dks@yslaw.com) |
| **Subject:** | RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin |
| **Attachments:** | Timesheet ZHE RGRD & Costs 12-11-13.pdf |

Jill,

This will confirm that we are seeking $12,600 in fees and $1,190.95 in costs, as set forth in the revised Timesheet. We will submit the same receipts and US Air and Marriott documents I previously forwarded you.

Note that we have decided to reduce the hourly rate sought for purposes of this motion to $350, based on our research of Florida law. We have also taken out the $18.97 meal charge.

I'd like to get our motion finalized and filed. Are you available to do our final "meet and confer" this afternoon? Or tomorrow morning at 10 a.m.? Look forward to hearing from you.

Amber



*Please note our new firm name and address*:
Amber L. Eck, Partner
Zeldes Haeggquist & Eck, LLP
625 Broadway, Ste 1000, San Diego, CA 92101
Ph: (619) 342-8000 Fax: (619) 342-7878
www.zhlaw.com

---

**From:** Jill Martin [mailto:jmartin@trumpnational.com]
**Sent:** Wednesday, December 04, 2013 8:35 AM
**To:** Amber Eck
**Cc:** Rachel Jensen; David K. Schneider (dks@yslaw.com)
**Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Amber,
Now that you will be making your motion against Mr. Martin I will need to discuss this with him before we can effectively meet and confer. I will also need to know the actual amount you will be seeking. Once you confirm the amount and send me the evidence you will be submitting to the court supporting the amount, I will confer with Mr. Martin and then we can schedule a date to meet and confer.

I look forward to receiving the information requested.

Regards,

*Jill A. Martin*
Assistant General Counsel - The Trump Organization
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Tuesday, December 3, 2013 4:20 PM
**To:** Jill Martin
**Cc:** Rachel Jensen
**Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Jill,

Per your request, attached is a draft summary of the timesheets and expense receipts that we intend to submit to the court, although we may revise it slightly. Total is $16,150 in fees and $1,209.92 in expenses.

Also, in regard to whether we are seeking reimbursement of fees and expenses from Gerald Martin and/or his counsel, we are currently researching this issue further, but at this point are inclined to seek fees from either Gerald Martin and/or his counsel, at the Court's discretion.

Look forward to finishing our meet and confer conference tomorrow morning at 10:30 a.m.

Amber

**From:** Amber Eck
**Sent:** Tuesday, November 26, 2013 12:04 PM
**To:** Jill Martin (jmartin@trumpnational.com)
**Cc:** 'Rachel Jensen'
**Subject:** Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Jill,

Just left you a voicemail message. In the Florida Court's 11-15-13 order regarding our motion for fees and costs relating to the Gerald Martin deposition, the Court ordered us to conduct a further "meet and confer" with you by phone or in-person before filing our renewed motion for attorneys' fees.

As you are aware, our motion seeks $14,250 in fees and $1,209.32 in costs in regard to the Martin deposition. Please give me a call today or tomorrow, so we can discuss whether you are willing to pay this amount (or not), or the amount you would be willing to pay, if any. Thank you, and look forward to hearing from you.

Amber

2



*Please note our new firm name and address*:
**Amber L. Eck, Partner**
**Zeldes Haeggquist & Eck, LLP**
625 Broadway, Ste 1000, San Diego, CA 92101
Ph: (619) 342-8000 Fax: (619) 342-7878
www.zhlaw.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Timesheet[1]

Zeldes, Haeggquist & Eck, LLP

| Name | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Amber Eck | 10/22/13 | Travel to deposition for Gerald Martin | 8 | $350 | $2,800 |
| Amber Eck | 10/23/13 | Attend deposition of Gerald Martin; make record of non-appearance | 1 | $350 | $350 |
| Amber Eck | 10/25/13 | Return travel from deposition of Gerald Martin | 8 | $350 | $2,800 |
| Amber Eck | 11/6/13 | Prepare motion for attorneys fees and costs and supporting declarations | 3 | $350 | $1,050 |
| Amber Eck | 11/26/13 | Research for and prepare revised renewed motion for attorneys fees and costs and supporting declarations and exhibits | 6 | $350 | $2,100 |
| | | TOTAL: | 26 | $350 | $9,100 |

Timesheet

Robbins, Geller, Rudman & Dowd

| Name | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Rachel Jensen | 10/22/13 | Research for and prepare motion to compel non-party Gerald Martin to testify at deposition | 5 | $350 | $1,750 |
| Mark Dearman | 10/22/13 | Research for and prepare motion to compel non-party Gerald Martin to testify at deposition | 5 | $350 | $1,750 |
| | | TOTAL: | 10 | $350 | $3,500 |

Costs

| Name | Date | Description | Cost |
|---|---|---|---|
| Amber Eck | 10/22/13 | Roundtrip Airfare via U.S. Air (non-refundable) | $563.60 |
| Amber Eck | 10/22/13 | Cab to and from airport in San Diego | $40 |
| Amber Eck | 10/22/13 | Hotel – Marriott | $236.95 |
| Amber Eck | 10/22/13 | Rental Car | $102.40 |
| Amber Eck | 10/23/13 | Parking at deposition | $12 |
| Amber Eck | 10/23/13 | Court Reporter for deposition, Orlando | $190 |
| Amber Eck | 10/23/13 | Filing fee for motion to compel | $46.00 |
| | | TOTAL: | $1,190.95 |

**TOTAL SOUGHT BY PLAINTIFFS:**      **TOTAL FEES: $12,600**      **TOTAL COSTS: $1,190.95**

---

[1] This time chart reflects the number of hours and hourly rate that Plaintiffs are seeking reimbursement for in this motion, even though Plaintiffs actually worked additional hours and customarily bill at a higher hourly rate. Plaintiffs expressly do not waive our right to recover the additional time and fees we incurred at our usual hourly rate at a later time.