# EXHIBIT D

**Jill Martin**

| | |
|---|---|
| From: | Amber Eck <ambere@zhlaw.com> |
| Sent: | Monday, December 16, 2013 1:32 PM |
| To: | Jill Martin |
| Cc: | Rachel Jensen |
| Subject: | RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin |

Jill,

Just left you a voicemail. I wanted to follow up on our meet and confer conf. from last Thur. Dec. 12. You stated that you didn't believe that Plaintiffs were entitled to fees or costs regarding the Gerald Martin deposition, but could you please elaborate briefly on why you believe we are not entitled to fees and costs? Email is fine, or feel free to call. I'm in all day. Thank you.

Amber

---

**From:** Jill Martin [mailto:jmartin@trumpnational.com]
**Sent:** Thursday, December 12, 2013 8:29 AM
**To:** Amber Eck
**Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

That might be tight, but give me a call then and hopefully I'll be back from my meeting.

*Jill A. Martin*
Assistant General Counsel - The Trump Organization
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Thursday, December 12, 2013 8:21 AM
**To:** Jill Martin
**Subject:** Re: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

I think I'm going to be on the road at 2; can you do 1:45?

On Dec 12, 2013, at 7:42 AM, "Jill Martin" <jmartin@trumpnational.com> wrote:

> Amber - I cannot do 1:30 but I should be available at 2:00 if that works for you.
> Jill
>
> Sent from my iPhone
>
> On Dec 11, 2013, at 5:38 PM, "Amber Eck" <ambere@zhlaw.com> wrote:

1

Jill – I thought I had previously responded to that, but if not, we are bringing the motion against both Gerald Martin and defense counsel, requesting that they jointly and severally be required to reimburse Plaintiffs' costs and fees pursuant to FRCP 37(b)(1).

Can you talk at 1:30 p.m. tomorrow?

---

**From:** Jill Martin [mailto:jmartin@trumpnational.com]
**Sent:** Wednesday, December 11, 2013 5:13 PM
**To:** Amber Eck
**Cc:** Jill Martin; Rachel Jensen; David K. Schneider (dks@yslaw.com)
**Subject:** Re: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Amber,
I am unavailable until tomorrow afternoon. However, as I mentioned before, in order to effectively meet and confer I need to know who the motion is against (as you previously mentioned you were still researching the issue). Please let me know and then we can schedule the meet and confer.
Thanks,
Jill

Sent from my iPhone

On Dec 11, 2013, at 3:53 PM, "Amber Eck" <ambere@zhlaw.com> wrote:

> Jill,
>
> This will confirm that we are seeking $12,600 in fees and $1,190.95 in costs, as set forth in the revised Timesheet. We will submit the same receipts and US Air and Marriott documents I previously forwarded you.
>
> Note that we have decided to reduce the hourly rate sought for purposes of this motion to $350, based on our research of Florida law. We have also taken out the $18.97 meal charge.
>
> I'd like to get our motion finalized and filed. Are you available to do our final "meet and confer" this afternoon? Or tomorrow morning at 10 a.m.? Look forward to hearing from you.
>
> Amber
> <image004.jpg>
> *Please note our new firm name and address*:
> **Amber L. Eck, Partner**
> **Zeldes Haeggquist & Eck, LLP**
> 625 Broadway, Ste 1000, San Diego, CA 92101
> Ph: (619) 342-8000  Fax: (619) 342-7878
> www.zhlaw.com
>
> ---
>
> **From:** Jill Martin [mailto:jmartin@trumpnational.com]
> **Sent:** Wednesday, December 04, 2013 8:35 AM
> **To:** Amber Eck
> **Cc:** Rachel Jensen; David K. Schneider (dks@yslaw.com)
> **Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

2

Amber,

Now that you will be making your motion against Mr. Martin I will need to discuss this with him before we can effectively meet and confer. I will also need to know the actual amount you will be seeking. Once you confirm the amount and send me the evidence you will be submitting to the court supporting the amount, I will confer with Mr. Martin and then we can schedule a date to meet and confer.

I look forward to receiving the information requested.

Regards,

*Jill A. Martin*

Assistant General Counsel - The Trump Organization
c/o Trump National Golf Club Los Angeles
One Trump National Dr.
Rancho Palos Verdes, CA 90275
Tel: 310-303-3225
Fax: 310-265-5522

**From:** Amber Eck [mailto:ambere@zhlaw.com]
**Sent:** Tuesday, December 3, 2013 4:20 PM
**To:** Jill Martin
**Cc:** Rachel Jensen
**Subject:** RE: Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

Jill,

Per your request, attached is a draft summary of the timesheets and expense receipts that we intend to submit to the court, although we may revise it slightly. Total is $16,150 in fees and $1,209.92 in expenses.

Also, in regard to whether we are seeking reimbursement of fees and expenses from Gerald Martin and/or his counsel, we are currently researching this issue further, but at this point are inclined to seek fees from either Gerald Martin and/or his counsel, at the Court's discretion.

Look forward to finishing our meet and confer conference tomorrow morning at 10:30 a.m.

Amber

**From:** Amber Eck
**Sent:** Tuesday, November 26, 2013 12:04 PM
**To:** Jill Martin (jmartin@trumpnational.com)
**Cc:** 'Rachel Jensen'
**Subject:** Trump; "meet and confer" re: Pltff's Motion for attorneys' fees/costs re: Gerald Martin

3

Jill,

Just left you a voicemail message. In the Florida Court's 11-15-13 order regarding our motion for fees and costs relating to the Gerald Martin deposition, the Court ordered us to conduct a further "meet and confer" with you by phone or in-person before filing our renewed motion for attorneys' fees.

As you are aware, our motion seeks $14,250 in fees and $1,209.32 in costs in regard to the Martin deposition. Please give me a call today or tomorrow, so we can discuss whether you are willing to pay this amount (or not), or the amount you would be willing to pay, if any. Thank you, and look forward to hearing from you.

Amber
<image001.jpg>
*Please note our new firm name and address*:
Amber L. Eck, Partner
Zeldes Haeggquist & Eck, LLP
625 Broadway, Ste 1000, San Diego, CA 92101
Ph: (619) 342-8000 Fax: (619) 342-7878
www.zhlaw.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.
<Timesheet ZHE RGRD & Costs 12-11-13.pdf>