# EXHIBIT E

## Jill Martin

| | |
|---|---|
| **From:** | Latonya Vincent |
| **Sent:** | Tuesday, December 17, 2013 9:06 AM |
| **To:** | Ambere@zhlaw.com |
| **Cc:** | Jill Martin |
| **Subject:** | Makaeff v. Trump University |

Amber,

We are in receipt of your voicemail of yesterday. Ms. Martin is currently unavailable, but will be back in the office and available on Thursday if you would like to meet and confer with her further then.

In the meantime, if you have any questions, please feel free to contact me.

Thank you,

LaTonya Vincent
Executive Assistant to Jill A. Martin, Esq. | Trump National Golf Club Los Angeles
One Trump National Drive | Rancho Palos Verdes, CA | 90275
Phone: 310.303.3270 | Fax: 310.265.5522
www.trumpgolf.com | www.trumpnationallosangeles.com

 

1