# EXHIBIT G

## Jill Martin

| | |
|---|---|
| **From:** | Latonya Vincent |
| **Sent:** | Friday, December 20, 2013 12:51 PM |
| **To:** | Ambere@zhlaw.com |
| **Cc:** | Jill Martin |
| **Subject:** | Makaeff v. Trump University |

Dear Ms. Eck,

I received your voicemail message to Ms. Martin regarding meeting and conferring on your attorneys' fees motion.  Ms. Martin is unavailable today, but I know she was trying to reach you yesterday to continue the meet and confer process.  Although she will be out of town, she has a small window of time on December 26 where she will be available and I can schedule a call.  If you would like to speak with her on the 26th, she is available at 9:00 a.m. PST.  Please let me know as soon as possible if you would like to reserve this time so that I can get it on her calendar.

Thank you,


LaTonya Vincent
Executive Assistant to Jill A. Martin, Esq. | Trump National Golf Club Los Angeles
One Trump National Drive | Rancho Palos Verdes, CA | 90275
Phone: 310.303.3270 | Fax: 310.265.5522
www.trumpgolf.com | www.trumpnationallosangeles.com

