# EXHIBIT H

## Jill Martin

| | |
|---|---|
| From: | Amber Eck <ambere@zhlaw.com> |
| Sent: | Friday, December 20, 2013 12:59 PM |
| To: | Latonya Vincent |
| Cc: | Jill Martin; Rachel Jensen |
| Subject: | Re: Makaeff v. Trump University |

Unfortunately, that will be too late. Thank you, though.

On Dec 20, 2013, at 12:53 PM, "Latonya Vincent" <lvincent@trumpnational.com> wrote:

> Dear Ms. Eck,
>
> I received your voicemail message to Ms. Martin regarding meeting and conferring on your attorneys' fees motion. Ms. Martin is unavailable today, but I know she was trying to reach you yesterday to continue the meet and confer process. Although she will be out of town, she has a small window of time on December 26 where she will be available and I can schedule a call. If you would like to speak with her on the 26th, she is available at 9:00 a.m. PST. Please let me know as soon as possible if you would like to reserve this time so that I can get it on her calendar.
>
> Thank you,
>
>
> LaTonya Vincent
> Executive Assistant to Jill A. Martin, Esq. | Trump National Golf Club Los Angeles
> One Trump National Drive | Rancho Palos Verdes, CA | 90275
> Phone: 310.303.3270 | Fax: 310.265.5522
> www.trumpgolf.com | www.trumpnationallosangeles.com
> <image001.png><image002.png>

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.