# EXHIBIT 1

**Zeldes Haeggquist & Eck, LLP ("ZHE")**

**Excerpts from Attorney Timesheets[1]**

| Name | Date | Description | Partial Number of Hours Worked | Hourly Rate | Total |
|---|---|---|---|---|---|
| Amber Eck | 10/22/13 | Travel to deposition for Gerald Martin; prepare for deposition. | 8 | $350 | $2,800 |
| Amber Eck | 10/23/13 | Attend deposition of Gerald Martin; make record of non-appearance. | 1 | $350 | $350 |
| Amber Eck | 10/25/13 | Return travel from deposition of Gerald Martin; review documents in connection with Martin deposition. | 8 | $350 | $2,800 |
| Amber Eck | 11/6/13 | Research for, and prepare, motion for attorneys' fees and costs for Oct. 23 Gerald Martin deposition, and declarations of fees and costs in support of same. | 3 | $350 | $1,050 |
| Amber Eck | 11/26/13 | Research for and preparation of revised renewed motion for attorneys' fees and costs; call and email J. Martin to "meet and confer" re: same; call and email H. Russomanno to "meet and confer" re: same. | 2.5 | $350 | $875 |
| Amber Eck | 12/3/13 | Preparation of renewed motion for attorneys' fees re: Gerald Martin deposition; meet and confer w/ J. Martin re: same; preparation of timesheet chart and compilation of expense receipts. | 1.25 | $350 | $437.50 |
| Amber Eck | 12/4/13 | Research for and preparation of renewed motion for attorneys' fees and costs re: Gerald Martin deposition; contact hotel and airline for cancellation documentation to provide to defense counsel; numerous emails w/ Jill Martin re: same. | 1.75 | $350 | $612.50 |
| Amber Eck | 12/12/13 | Meet and confer telephonically w/ Jill Martin re: defendants' willingness to reimburse Plaintiffs for costs and fees incurred re: Gerald Martin deposition; revise declaration and certificate of good faith compliance re: same. | .5 | $350 | $175 |
| | | **FEES REQUESTED FOR A PORTION OF ZHE'S TIME:** | 26 | $350 | $9,100 |

**Costs**

| Name | Date | Description | Cost |
|---|---|---|---|
| Amber Eck | 10/22/13 | Roundtrip Airfare via U.S. Airways (non-refundable) | $563.60 |
| Amber Eck | 10/22/13 | Hotel – Marriott | $118.48 |
| Amber Eck | 10/22/13 | Rental Car | $ 34.13 |

---

[1] The information contained in this chart is taken from the contemporaneous time records of ZHE. The chart reflects the voluntarily-reduced number of hours and hourly rate for which Plaintiffs seek reimbursement for ZHE from this Court through this motion, even though ZHE lawyers actually worked additional hours and customarily bill at a higher hourly rate. Plaintiffs reserve their rights to seek the balance of their fees and any costs at a later time.

| Amber Eck | 10/23/13 | Parking at deposition | $ 12.00 |
| Amber Eck | 10/23/13 | Court Reporter for deposition, Orlando | $190.00 |
| Amber Eck | 10/23/13 | Filing fee for motion to compel | $ 46.00 |
| | | **TOTAL:** | $964.21 |