# EXHIBIT 2

# I N V O I C E

Aptus Court Reporting
600 West Broadway
Suite 300
San Diego CA  92101
Phone:(619) 546-9151   Fax:(619) 546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1007546 | 10/30/2013 | 10008138 |
| **Job Date** | **Case No.** | |
| 10/23/2013 | 3:10-CV-00940-CAB | |
| **Case Name** | | |
| Tarla Makaeff, et al. v. Trump University, LLC., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rachel L. Jensen
Robbins Geller Rudman & Dowd LLP -San Diego
655 W. Broadway
Suite 1900
San Diego CA  92101

Non-Appearance of Gerald Martin
    Late Cancellation                                                                             165.00      165.00
    Wait time                       0.50  Hours  @  50.00  25.00

**TOTAL DUE >>>**      $190.00

****Scheduled deposition was set to take place in Orlando, FL****

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING    CHASE BANK    ACCOUNT 825514128
WIRE PYT RTE # 021000021     ACH PYMT RTE # 322271627

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   190.00

**Tax ID:** 27-4460942                              Phone: (619) 231-1058   Fax:(619) 231-7423

*Please detach bottom portion and return with payment.*

Rachel L. Jensen
Robbins Geller Rudman & Dowd LLP -San Diego
655 W. Broadway
Suite 1900
San Diego CA  92101

Job No.     : 10008138          BU ID       : AptusSD
Case No.    : 3:10-CV-00940-CAB
Case Name   : Tarla Makaeff, et al. v. Trump University, LLC.,
              et al.

Invoice No. : 1007546           Invoice Date : 10/30/2013
**Total Due** : **$190.00**

Remit To: **Aptus Court Reporting**
**600 West Broadway**
**Suite 300**
**San Diego CA  92101**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

*[handwritten: Trump Flg Fee - Mtn to Compel mstr ssg]*

```
FLMD CLERK US DISTRICT C
401 W CENTRAL BLVD STE 2
      ORLANDO, FL 32801
        (407) 835-5804

              SALE

MID: 000012071662
TID: 002            REF#: 00000001
Bank ID: 1340
Batch #: 296001
10/23/13                   12:30:46
Invoice #: 1
APPR CODE: 943982
VISA                        Swiped
*************1165             **/**

AMOUNT              $46.00

           APPROVED

        CUSTOMER COPY
```

```
Court Name: Florida Middle District
Division: 6
Receipt Number: ORL029105
Cashier ID: jvickers
Transaction Date: 10/23/2013
Payer Name: MAKAEFF v TRUMP UNIVERSITY
----------------------------------------
MISCELLANEOUS PAPERS
 For: MAKAEFF v TRUMP UNIVERSITY
 Case/Party: D-FLM-6-13-MC-000102-001
 Amount:        $46.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $46.00
----------------------------------------
Total Due:      $46.00
Total Tendered: $46.00
Change Amt:     $0.00

Only when bank clears the check,
money order, or verify credit of
funds is the fee or debt officially
paid or discharged.  A NSF fee will
be charged for a returned check.
```

```
           Standard Parking
       201 South Orange Suite 201
           Orlando, FL 32801



Fee Computer Number:              1
Cashier:               Viola ID #222
Transaction Number:           37847
Entered:           10/23/13   08:44
Exited:            10/23/13   12:05
Rate:               Signature Plaza
Total Fee:                   $12.00
Cash:                        $12.00

              Thank you
            407 423 7275
```

# Marriott VACATION CLUB.
## GRANDE VISTA
### ORLANDO

5925 Avenida Vista
Orlando, FL 32801
(407) 238-7676
Marriott.com/mcogv

**GUEST FOLIO**

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 4227 | ECK/AMBER | 107.20 | 10/24/13 | 10:00 | 21780 |
| Type | | | Arrive | Time | |
| 2GNG | ZELDES HAEGGQUIST & 98 | 8 | 10/22/13 | 17:39 | |

Room Clerk   Address                    Payment                    MRW#: XXXXX3417

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 10/22 | THE GRIL   54124227 | 32.69 | | |
| 10/22 | GNDE VAL   MAX $30 | | 30.00 | AD |
| 10/22 | ROOM       4227, 1 | 107.20 | | |
| 10/22 | ROOM TAX   4227, 1 | 9.65 | | |
| 10/23 | THE GRIL   55164227 | 30.56 | | |
| 10/23 | ROOM       4227, 1 | 107.20 | | |
| 10/23 | ROOM TAX   4227, 1 | 9.65 | | |
| 10/23 | GNDE VAL   MAX$30 | | 30.00 | AD |
| 10/24 | VS CARD | | $236.95 | |

PAYMENT RECEIVED BY: VISA                    CURRENT BALANCE    .00

THANK YOU FOR CHOOSING MARRIOTT'S GRANDE VISTA RESORT!
TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL THE FRONT DESK.

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
AMBERECK@COX.NET
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

*[handwritten: Trump - pro rata - 24 hrs - $118.48]*

Thank you for staying with Marriott!  Your Marriott Rewards
points / miles earned for this stay will be credited to
your account and will appear on your next statement.  For
account activity: 801-468-4000 or www.Marriott.com.

♻ Contains 30% post consumer fibers                    To secure your next stay, go to Marriott.com



```
RA 428030749              Bil 40033883005
Rental   22-OCT-2013 05:02 PM
ORLANDO INTL ARPT
Return   25-OCT-2013 06:18 AM
ORLANDO INTL ARPT

AMBER DUBY
Vehicle # D1248262
Model    IMPALA
Class Driven FCAR    Class Charged SCAR
License# U381PR      State/Province FL
M/Kms Driven   226
M/Kms Out      9649
M/Kms In       9875

Charges         No Unit    Price    Amount
T & M           3 Days     23.61    70.83*
UNLIM M/KM      0 M/Kms              0.00*
Freq Trav       0                    2.25
CUSTOMER FACILITY CHARGE             7.50*
PRIV FEE RECOV CHG                   7.52*
FLORIDA SURCHARGE                    6.00*
TIRE/BATTERY FEE                     0.06*
VEHICLE LICENSE FEE                  2.13*
SALES TAX @6.500 %                   6.11

Total Charges                  USD 102.40

Paid By    Visa  1165             -102.40

Amount Due                      USD -0.00

* Taxable Items
Subject to Audit
Frequent Flyer ******1764  Credit to US
AIRWAYS DIVIDEND MILES
Customer Service Number 1-800-445-5664
```

*handwritten:* Trump: pro rata — 24 hrs = $34.13

| | |
|---|---|
| **From:** | reservations@email-usairways.com |
| **To:** | ambereck@cox.net |
| **Subject:** | Your US Airways flight |
| **Date:** | Thursday, October 10, 2013 9:10:55 AM |

## US Airways - Your Reservation

### You're confirmed

Scan at any US Airways kiosk to check in

Date issued:   Thursday, October 10, 2013

### Confirmation code:

**FL52PG**   US Airways

### Need a car?

**Get your wheels in Orlando, FL**

Reserve your car now and earn Dividend Miles with Alamo and National.

### Hotels in Orlando, FL

**Get a room in Orlando, FL**
You're sure to get the best rates here.

### Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Amber Lee Eck | 04475281764 (US) | 03723314909694 | |
| **Day of departure phone:** (619) 247-6277 | | **Email for receipt:** ambereck@cox.net | |

### Trip details   Download to Outlook

**Depart:**     San Diego, CA  (SAN)     Orlando, FL  (MCO)

**Date:** Tuesday, October 22, 2013

**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 567 | 06:30 AM SAN | 04:14 PM MCO | 6h 44m | -- | A321 | Coach | 19E |

Flight # 567 : Stops in PHX: No plane change required

**Return:**     Orlando, FL  (MCO)     San Diego, CA  (SAN)

**Date:** Friday, October 25, 2013

**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 433 | 07:30 AM MCO | 09:12 AM PHX | 4h 42m | MarketPlace™ | A320 | Coach | 24F |
| Stop: Change plane in Phoenix, AZ (PHX) | | | | | | | |
| 623 | 10:15 AM PHX | 11:31 AM SAN | 1h 16m | -- | A321 | Coach | 32E |

## Total travel cost (1 passengers)

| | | |
|---|---|---|
| Your fare (Non-refundable) | | Adult |
| SAN to MCO (TXA0NJ6) | | $183.26 |
| MCO to SAN (LXA0NJ4) | | $306.98 |
| Taxes and fees | | $73.36 |
| Subtotal | | $563.60 |
| Number of passengers | | x 1 |
| Total by passenger type | | $563.60 |
| **Total fare** (All passengers) | | **$563.60** |

Charged to Alreen Haeggquist     **You paid $563.60**
************8732 (Visa)

## Helpful links

**Travel tools and tips**                                   **Trip information**

Airport information        US Airways Club          Manage your reservation        Change your seats

Airport security           Seated in an exit row?   Join Dividend Miles             Baggage policies

| About Gogo Wi-Fi | TSA regulations | Buy Gogo Wi-Fi |
|---|---|---|

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | ? | ? |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | ? | ? |
| Transatlantic | ? | ? |
| Transpacific / Brazil (except Hawaii) | ? | ? |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**
- Gold, Platinum and Chairman's Preferred members
- Star Alliance Gold status members

**1st and 2nd checked bag fees waived**
- (Overweight / oversize fees still apply)
- Confirmed First Class and Envoy passengers
- Active U.S. military with ID on personal travel
- Active U.S. military with ID and dependents traveling with them on orders
- Unaccompanied minors (with US Airways unaccompanied minor paid assistance)

**1st checked bag fees waived**
- (Overweight / oversize fees still apply)
- Silver Preferred members
- Star Alliance Silver status members

**Other guidelines:**
- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling internationally with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

? ?

## Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be cancelled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- You can cancel your reservation for a full refund within 24 hours if you booked 7 days or more prior to scheduled departure. To get a refund, you must call 800-428-4322 or 800-245-2966 (TTY).
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.





We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.