# EXHIBIT 3

Case 6:13-cv-01679-RBD-KRS   Document 25-3   Filed 12/24/13   Page 2 of 4 PageID 340



- Book travel
- Travel tools
- Dividend Miles
- Specials
- Contact US

You are here → Home → Travel tools → Policies & special needs → Refunds, ticket changes and receipts



Get last-minute deals to Las Vegas
Find and design your vacation ▶

# Refunds, ticket changes and receipts

## Refunds

Submit a refund request

Check refund status

If you bought your ticket from a travel agent or online with Expedia, Travelocity or other website, please contact the agent or site for a refund.

**Refundable tickets**
- Tickets are not transferable and must be used by the passenger whose name appears on the original ticket.
- All taxes are fully refundable.
- We'll credit the card you used to buy the original ticket.

**Partially refundable tickets**
- You may receive a refund for the refundable portion of your ticket, but if you request a refund online, you will lose any non-refundable value (which could be applied toward future travel).
- To apply the remaining value of your ticket toward future travel, you must call 800-428-4322.

**Non-refundable tickets**
- Changes are subject to a fee and, if applicable, any difference in fares. Your new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Non-refundable tickets have no residual value. Once the value of a non-refundable ticket has been applied toward the purchase of a new ticket, the original ticket is considered used; any remaining value may not be applied toward the purchase of an additional ticket or the change fee.

## Change/cancel: up to $450 (per passenger)

**$150 per passenger**
Award tickets

**$200 per passenger**
Travel within the U.S. and to/from Canada, Central America, the Caribbean and Hawaii

**Up to $450 per passenger**
Travel to/from Europe, Brazil and the Middle East

Here are the rules:
- If a reservation is cancelled on or before the ticketed departure date, the value of the ticket may be applied toward future travel up to 1 year from the original issue date. Travel on the new ticket must be completed within 1 year of the original date of issue.
- If any part of the ticket is unused after the ticketed departure date and the reservation has not been cancelled, the ticket has no value.

- Once the value of a non-refundable ticket has been applied toward the purchase of a new ticket, the original ticket is considered valueless.
- Non-refundable tickets: All taxes are fully refundable (on request). However, if you request a tax refund, you will lose any remaining value of your ticket. The VAT for tickets sold within the U.S. and U.S. taxes US, ZP, XF are non-refundable; YQ and YR are considered surcharges, not taxes, and are also non-refundable.

### Travel agents

Travel agents can refund non-refundable tickets in the GDS if a flight is cancelled or delayed, causing a misconnect, or if we issue a weather advisory and authorize a refund (in most cases, a weather advisory only allows for an itinerary change).

Add an OSI to the PNR noting the flight irregularity, flight number and date.

### Refunds for seats, bags, upgrades and MoveUp

If we change or cancel your flight, change equipment or cause you to miss a connection, or if you're denied boarding on an oversold flight and we're unable to provide your ChoiceSeats, checked bags, upgrade or move to an earlier flight, we'll refund your fees proactively. If you have already checked in (either online or at the airport), you should check with an agent at the airport or call 800-428-4322 to request a refund.

### Lower fare guarantee

When a new lower fare becomes available after a ticket has been purchased, customers are entitled to a lower fare guarantee refund within the following guidelines. We will deduct a change fee and apply residual funds in the form of a US voucher. Additional rules and restrictions may apply. Call reservations for a lower fare guarantee.

- The lower fare is available for the exact itinerary previously purchased.
- No portion of the reservation has been flown.
- Lower fare guarantee refunds are not available for online ticket exchanges. Certain promotional fares may be excluded.

## 24-hour refund rule

You're allowed to cancel your refundable or non-refundable ticket for a full refund (and no change fees and/or difference in fare) within 24 hours of booking.

Rules:
- You must call 800-428-4322 (800-245-2966 TTY) within 24 hours of purchase to cancel the reservation and request a refund.
- The reservation must have been booked at least 7 days before scheduled departure.
- This policy does not apply to Dividend Miles award tickets.
- Refunds are only issued for tickets booked on usairways.com or with US Airways Reservations.

## Receipts

You can view or email an existing electronically ticketed reservation online. Go to 'Manage reservations' and enter your confirmation number. You can view each segment of your itinerary for up to two days after you fly.

For $20, you can obtain a copy of an electronic ticket receipt for a reservation that has already been flown by calling Reservations.

To request a copy of a paper ticket receipt, send a check or money order for $20 with your name, date and flight information, ticket number (if available) and address to:

US Airways
Attention: Refund Fulfillment
4000 East Sky Harbor Blvd.
Phoenix, AZ 85034

## MoveUp

Learn how to move up to an earlier flight.

Rules and more info

## Lost tickets

If you've lost your ticket, you must purchase an identical ticket for travel. Just fill out a lost ticket application, sign it and fax it to us at 800-892-3447. A non-refundable fee will apply.

Fill out a lost ticket application

## Tax exempt status

Please contact your state's government office to request a refund for tax exempt status.

## Paper tickets

We only issue paper tickets on usairways.com for itineraries that are not e-ticket eligible. A $50 paper-ticketing fee applies. Requests to convert existing e-tickets to paper tickets will also incur the $50 fee.

To buy a paper ticket, visit any US Airways airport ticket counter, call Reservations or call your travel agent. Paper ticket requests that require express courier shipping will incur an additional $15 fee.

To refund paper tickets purchased through us, please return the ticket to any US Airways ticketing location or mail to:

US Airways
4000 East Sky Harbor Blvd.
Phoenix, AZ 85034
Attention: Passenger refunds

## Questions

For questions or help, please call 800-428-4322.



| About US | Top links | Specials | Dividend Miles | Travel tools | Follow US |
|---|---|---|---|---|---|
| Company info | Vacations | All specials | Join Dividend Miles | Flights | Facebook |
| Careers | Cars | Vacations | Log in | Web Check-in | Twitter |
| Worldwide Diversity | Hotels | Mileage specials | Book with miles | Flight status | |
| Privacy (updated) | Cruises | e-Saver | Earn miles | Manage flights | |
| Settings/Support | | | | Travel agents | |

A STAR ALLIANCE MEMBER