# EXHIBIT 4

**From:** Robbinson, Mary
**To:** ambereck@cox.net
**Subject:** Cancellation Policy
**Date:** Wednesday, December 04, 2013 12:22:40 PM

Hello,

Here is a screenshot of the cancellation policy for Grand Vista.

Thank you for staying with us at Marriott Vacation Club.



**Mary Robbinson**
Vacation Planning Counselor
Marriott Vacation Club
310 Bearcat Drive
Salt Lake City, UT 84115
Phone: 800-845-4226  ext. 3296861
Fax: 801-468-4255



*This communication contains information from Marriott Vacation Club International that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.*