**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TARLA MAKAEFF, JOHN BROWN,**
**J.R. EVERETT, SONNY LOW and ED**
**OBERKROM,**

       **Plaintiffs,**

**v.**                                          **Case No: 6:13-cv-1679-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, GERALD**
**MARTIN and DONALD J. TRUMP,**

       **Defendants**

## ORDER TO SHOW CAUSE

This matter is before the Court upon its own motion. In a review of this case, it appears to the Court that the issue has been fully resolved. Accordingly, it is

**ORDERED** that on or before June 16, 2014, the parties shall show cause by a written response why this case should not be dismissed with prejudice. Failure to file a response will result in immediate dismissal without further notice.

**DONE AND ENTERED** in Orlando, Florida, this 5th day of June, 2014.

ROY B. DALTON JR.
United States District Judge

.

Copies: Counsel of Record