**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**TARLA MAKAEFF, JOHN BROWN,
J.R. EVERETT, SONNY LOW and ED
OBERKROM,**

      **Plaintiffs,**

v.                                           **Case No:  6:13-cv-1679-Orl-37KRS**

**TRUMP UNIVERSITY, LLC, GERALD
MARTIN and DONALD J. TRUMP,**

      **Defendants**
_____/

## ORDER OF DISMISSAL

This cause is before the Court upon its own motion.  On June 5, 2014 this Court entered an Order directing the parties to show cause by written response no later than June 16, 2014 why this case should not be dismissed (Doc 27).  The time has passed and the parties have not filed a response.  Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE.**  The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Orlando, Florida this 18th day of June, 2014.

*/s/ signature*
ROY B. DALTON JR.
United States District Judge

Copies to:   Counsel of Record